Lisa S. Kantor, Esq., SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Jonathan Mischo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MISCHO,<br><br>    Plaintiff,<br><br>    v.<br><br>UHG INC. GROUP BENEFITS PLAN,<br><br>    Defendant. | Case No.: 22-cv-02152-RS<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

TO THE HONORABLE RICHARD SEEBORG AND HIS COURT CLERK:

IT IS HEREBY STIPULATED, by and between Plaintiff JONATHAN MISCHO and Defendant UHG INC. GROUP BENEFITS PLAN, by and through their respective counsel of record, that this action shall be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: November 10, 2022     KANTOR & KANTOR, LLP

By: /s/ *Elizabeth K. Green*
Elizabeth K. Green
Attorneys for Plaintiff
Jonathan Mischo

Dated: November 10, 2022     CROWELL & MORING LLP

By: /s/ *Jennifer S. Romano*
Jennifer S. Romano
Attorney for Defendant
UHG Inc. Group Benefits Plan

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Elizabeth K. Green hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

### ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

DATED: November 10, 2022

RICHARD SEEBORG
United States District Court Judge